OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 24. 2015.

9/21/2015
CHEN, PAN YAW          Tr. Ct. No. 560490          WR-83,926-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

PAN YAW CHEN
C/O PAUL NUGENT
909 FANNIN, SUITE 590
HOUSTON, TX 77010

KGJVS3B 77010
EBN3B